UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LUCKY DOG LLC, D/B/A INDEPENDENT CATALOGUE SERVICES, DESTINY MERCHANDISE LLC D/B/A PREMIUM OPPORTUNITIES & INCENTIVES, PREMIER CAGING SERVICES, MICHAEL SHINE, MEAGAN QUINN SHINE, and MELISSA PINELLI, individually and as officers, employees, and agents of LUCKY DOG LLC, DESTINY MERCHANDISE LLC and PREMIER CAGING SERVICES,<br><br>            Defendants. | Civil Action No.<br><br>18-CV-668-WES-PAS |

### STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY INJUNCTION HEARING AND ASSOCIATED DATES

WHEREAS, Plaintiff the United States of America commenced this action on December 11, 2018 by filing a complaint (Docket No. 1) under 18 U.S.C. § 1345, and moving for a temporary restraining order and preliminary injunction (Docket No. 2) against an alleged mail fraud scheme; and

WHEREAS, on December 11, 2018, the United States District Court for the District of Rhode Island (Smith, C.J.), following *ex parte* hearing, issued a temporary restraining order in this action (Docket No. 11) finding that probable cause exists for the order and that the requisite statutory conditions had been met; and

WHEREAS, the Court set this matter down for hearing on the Plaintiff's motion for preliminary injunction on December 21, 2018, at 3:00 PM; and

WHEREAS, following service of the temporary restraining order, the complaint, summons, McManus Declaration and the United States' Motion for Preliminary Injunctive Relief, the parties have conferred; and

WHEREAS Defendants wish to engage in discussions with Plaintiff regarding the requested relief, which might narrow, reduce, or eliminate the need for motion practice, without waiving any defense or making any admission as to the allegations set forth in the Plaintiff's Complaint at this time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND IT IS ORDERED BY THE COURT AS FOLLOWS:

1. That the preliminary injunction hearing in this action presently set for December 21, 2018 be adjourned to February 21, 2019, or a date thereafter convenient to and selected by the Court:_____, 2019, in Courtroom _____ at the United States Courthouse, 1 Exchange Terrace, Providence, Rhode Island, 02903;

2. That Defendants shall file and serve any opposition papers to the Plaintiff's preliminary injunction motion seven days before the rescheduled preliminary injunction hearing;

3. That Plaintiff United States file and serve its reply papers (if any) in support of the preliminary injunction motion three days before the rescheduled preliminary injunction hearing;

4. That Defendants' time to answer or otherwise respond to the Complaint be extended by 30 days from the date it is presently due in accordance with Rule 12(a), or February 28, 2019, whichever is later;

5. That the *ex parte* Temporary Restraining Order issued by the Court on December 11, 2018 (ECF Doc. #11) remain in place on consent of all Defendants, pending the Court's ruling on Plaintiff's preliminary injunction application, with all parties' claims and defenses preserved.

**FOR PLAINTIFF THE UNITED STATES:**

STEPHEN G. DAMBRUCH
United States Attorney
District of Rhode Island

12/17/2018

By: _____
Zachary A. Cunha
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
Email: Zachary.Cunha@usdoj.gov

**FOR DEFENDANTS:**

**Michael Shine**
**Meagan Quinn Shine**
Melissa Pinelli
**Lucky Dog, LLC**
**Destiny Merchandise, LLC**

By: _____
William P. Devereaux Esq.
Pannone Lopes Devereaux & O'Gara, LLC
1301 Atwood Ave, Suite 215N
Johnston, RI 02919
(401) 824-5100
Email: wdevereaux@pldolaw.com

SO ORDERED:

_____
Hon. William E. Smith
Chief Judge, U.S. District Court