UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LUCKY DOG LLC, D/B/A INDEPENDENT CATALOGUE SERVICES, DESTINY MERCHANDISE LLC D/B/A PREMIUM OPPORTUNITIES & INCENTIVES, PREMIER CAGING SERVICES, MICHAEL SHINE, MEAGAN QUINN SHpINE, and MELISSA PINELLI, individually and as officers, employees, and agents of LUCKY DOG LLC, DESTINY MERCHANDISE LLC and PREMIER CAGING SERVICES,<br><br>                Defendants. | Civil Action No.<br><br>18-CV-668-WES-PAS |

## STATUS REPORT

The United States respectfully submits this supplemental status report concerning the above-captioned matter in accordance with the Court's order of April 9, 2019 (Docket No. 25) and its supplemental text orders of November 1, 2019 and January13, 2020, respectively.  In advance of this filing, the undersigned conferred with counsel for Defendants, who concur in this report's recommendation that the status quo be maintained in this action for a further three months.

This civil action was filed under 18 U.S.C. § 1345 to enjoin then-ongoing conduct that the United States alleges constitutes mail fraud in violation of 18 U.S.C. §§ 1341 and 1349. Specifically, the United States alleged that the defendants (collectively, the "Lucky Dog entities") were carrying out direct-mail solicitation schemes intended to leave recipients with the promise that they had won multi-million dollar cash prizes or valuable items, which required submission of a modest "processing" or "document" fee to collect, when in fact that representations were

fraudulent and the prizes and valuables were not forthcoming.  Defendants do not concede these

allegations; owing to the procedural posture of the case and the investigation referenced below,

Defendants have not yet been required to formally respond to the complaint.

As detailed in the government's most recent status report, progress in this matter was

effectively halted upon the advent of COVID-19 related restrictions in March of this year.  After

a delay of several months, however, the United States is now in a position to move forward with

the remaining investigative steps necessary before additional discussions with Defendants can take

place, or, failing the success of such discussions, the case can move forward.

Accordingly, all parties are in agreement that the status quo should be maintained for a

further ninety days, and we ask that the Court permit the parties to submit their next status report

by November 13, 2020, otherwise maintaining the status quo imposed by the stipulation and Order

(Docket No. 25) previously agreed by the parties and entered by this Court.

Dated: August 7, 2020                      Respectfully submitted,

                                           AARON L. WEISMAN
                                           United States Attorney

                            By:      /s/ Zachary A. Cunha
                                     Zachary A. Cunha (Bar No. 7855)
                                     Assistant U.S. Attorney
                                     50 Kennedy Plaza, 8th Floor
                                     Providence, Rhode Island 02903
                                     (401) 709-5000
                                      Email: Zachary.Cunha@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 7, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304 and 305.

/s/ Zachary A. Cunha
ZACHARY A. CUNHA
Assistant U.S. Attorney

3